**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ILAN KHUTORSKY and RAPHAEL KHUTORSKY,<br><br>Plaintiffs,<br><br>- against -<br><br>MARTIN BORKAN; MSB HOSPITALITY, LLC; JOSEPH I. PARDO, ESQ.; PARDO LAW PLLC; and JOHN DOES 1–20,<br><br>Defendants. | Case No. 1:26-cv-08927<br><br>**RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Ilan Khutorsky and Raphael Khutorsky, by their undersigned counsel, state as follows:

1. Plaintiffs are natural persons. Neither Plaintiff is a nongovernmental corporate party, and no disclosure under Rule 7.1(a)(1) is required.

2. Because the Complaint invokes this Court's jurisdiction under 28 U.S.C. § 1332 in the alternative, Plaintiffs further state, pursuant to Rule 7.1(a)(2), the citizenship of every individual or entity whose citizenship is attributed to them:

(a) Plaintiff Ilan Khutorsky is a natural person domiciled in the State of New York and is a citizen of the State of New York.

(b) Plaintiff Raphael Khutorsky is a natural person domiciled in the State of New York and is a citizen of the State of New York.

3. Plaintiffs sue in part as assignees of claims of Something Good Supper Club, LLC, Something Short LLC, Something Good Events LLC, and Sando Supplies, LLC, as alleged in the Complaint. For purposes of Rule 7.1(a)(2), Plaintiffs note that the citizenship of an assignor is not attributed to an assignee, and that the citizenship of those non-party entities is therefore not relevant to the Court's diversity jurisdiction.

4. Plaintiffs will promptly file a supplemental statement if any information required by Rule 7.1 changes.

Dated: New York, New York
October 8, 2026

Respectfully submitted,

**JASPER C.B. WONG, ESQ.**
Attorney at Law

By: /s/ Jasper C.B. Wong

________________________________

Jasper C.B. Wong, Esq.
307 W 38th Street, 16th Floor
New York, New York 10018
(951) 376-7277
jwong@jcbwlaw.com

Attorney for Plaintiffs Ilan Khutorsky
and Raphael Khutorsky