**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ILAN KHUTORSKY and RAPHAEL KHUTORSKY,<br><br>Plaintiffs,<br><br>- against -<br><br>MARTIN BORKAN; MSB HOSPITALITY, LLC; JOSEPH I. PARDO, ESQ.; PARDO LAW PLLC; and JOHN DOES 1–20,<br><br>Defendants. | Case No. 1:26-cv-08927<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that Jasper C.B. Wong, Esq., counsel of record for Plaintiffs Ilan Khutorsky and Raphael Khutorsky, appears in this action in his individual capacity as a sole practitioner, and that his address of record for all purposes in this action is: Jasper C.B. Wong, Esq., Attorney at Law, 307 W 38th Street, 16th Floor, New York, New York 10018; telephone (951) 376-7277; email jwong@jcbwlaw.com.

The address and email presently associated with the undersigned's ECF account (Goetz Platzer LLP, 1325 Avenue of the Americas, 14th Floor, New York, New York 10019; jwong@goetzplatzer.com) should not be used in this action; Goetz Platzer LLP is not counsel to any party here. The undersigned respectfully requests that the Clerk update the docket accordingly and that all notices and papers in this action be directed to the address above.

Dated: New York, New York
October 8, 2026

Respectfully submitted,

**JASPER C.B. WONG, ESQ.**
Attorney at Law

By: /s/ Jasper C.B. Wong
________________________________
Jasper C.B. Wong, Esq.
307 W 38th Street, 16th Floor
New York, New York 10018
(951) 376-7277
jwong@jcbwlaw.com

Attorney for Plaintiffs Ilan Khutorsky
and Raphael Khutorsky