# UNITED STATES DISTRICT COURT

for the

Southern District of New York

ILAN KHUTORSKY and RAPHAEL KHUTORSKY

*Plaintiff(s)*

v.

MARTIN BORKAN; MSB HOSPITALITY, LLC; JOSEPH I. PARDO, ESQ.; PARDO LAW PLLC; and JOHN DOES 1-20

*Defendant(s)*

Civil Action No. 1:26-cv-08927 (RA)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SEE ATTACHED RIDER
(Martin Borkan; MSB Hospitality, LLC;
Joseph I. Pardo, Esq.; Pardo Law PLLC)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jasper C.B. Wong, Esq., Attorney at Law
307 West 38th Street, 16th Floor
New York, New York 10018
(951) 376-7277 | jwong@jcbwlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/22/2026

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-08927 (RA)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print　　Save As...　　Reset

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ILAN KHUTORSKY and RAPHAEL KHUTORSKY,<br><br>Plaintiffs,<br><br>-against-<br><br>MARTIN BORKAN; MSB HOSPITALITY, LLC; JOSEPH I. PARDO, ESQ.; PARDO LAW PLLC; and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No. 1:26-cv-08927 (RA)<br><br>**RIDER TO SUMMONS** |

## RIDER TO SUMMONS IN A CIVIL ACTION

(Names and Addresses of Defendants to Be Served)

1. **Martin Borkan**
   1600 NE 1st Avenue, Apt. 2818
   Miami, Florida 33132

2. **MSB Hospitality, LLC**
   c/o Pardo Law PLLC, Registered Agent
   1205 Lincoln Road, Suite 211
   Miami Beach, Florida 33139

3. **Joseph I. Pardo, Esq.**
   Pardo Law PLLC
   1205 Lincoln Road, Suite 211
   Miami Beach, Florida 33139

4. **Pardo Law PLLC**
   1205 Lincoln Road, Suite 211
   Miami Beach, Florida 33139

Defendants John Does 1-20 are presently unidentified; no summons is requested as to them at this time.

Dated: New York, New York
October 21, 2026

/s/ Jasper C.B. Wong
Jasper C.B. Wong, Esq., Attorney at Law
Attorney for Plaintiffs
307 West 38th Street, 16th Floor
New York, New York 10018
(951) 376-7277 | jwong@jcbwlaw.com